279 F.2d 688
 NATIONAL LABOR RELATIONS BOARD, Petitioner
v.
TRI-STATE TIMBER COMPANY, Inc.
 No. 16489.
 United States Court of Appeals Eighth Circuit.
 May 23, 1960.
 
 On petition for enforcement of order of the National Labor Relations Board.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, and Dominick Manoli, Assoc. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.
 PER CURIAM.
 
 
 1
 Order of Labor Board enforced; on petition for enforcement and stipulation filed with board.